429 A.2d 756

Levin, Appellant v. Levin.

Argued September 9, 1980. Allen L. Feingold, for appellant; Michael Dignazio, for appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

634

The order of the Honorable Clement J. McGovern, Jr., dated September 6, 1979 is affirmed, and the appeal from the order of the Honorable Joseph T. Labrum, Jr. dated November 30, 1979 is quashed.